IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES EUGENE BLACK ,

    Plaintiff,

v.                                         CASE NO. 4:08-cv-00087-MP-WCS

OFFICER BETTIS,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida. The Magistrate Judge filed the Report and Recommendation on Wednesday, February 27, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

The Court agrees with the Magistrate that because the events in this case allegedly occurred in the Middle District of Florida, and the sole Defendant is located in the Middle District, this case should be transferred pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b). Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation, Doc. 4, is adopted and incorporated by reference in this order.

2. The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida, Ft. Myers Division, for all further proceedings.

**DONE AND ORDERED** this  *1st* day of April, 2008

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
